**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS,
INC., MATTHEW HOWARD, and
LEXIE JORDAN,

       **Plaintiffs,**

v.                                Case No: 6:23-mc-7-CEM-EJK

KATHLEEN FUTRELL, JEFF
FUTRELL, and AUSTIN
FUTRELL,

       **Defendants.**

## ORDER

This cause comes before the Court on Non-Party Central Florida Animal Reserve, Inc.'s ("CFAR") Motion to Quash Subpoena and Motion for Protective Order (the "Motion") (Doc. 1), filed March 1, 2023. Plaintiffs, People for the Ethical Treatment of Animals, Inc. ("PETA"), Matthew Howard, and Lexie Jordan responded in opposition on March 15, 2023. (Doc. 2.) The Court also accepted in support of CFAR's Motion a Declaration by Dr. K. Wiltz. (Doc. 14.) The Court heard oral argument on the Motion on March 23, 2023. (Doc. 12.)

For the reasons stated on the record at the hearing, CFAR's Motion (Doc. 1) is **DENIED**. The Court **ORDERS** as follows:

1. Plaintiffs shall be permitted to conduct a premises inspection of the Central Florida Animal Reserve located at 500 Broussard Rd., St. Cloud, FL 34773 (the "Premises"), to inspect the lions who have been housed or exhibited at Waccatee Zoological Farm for any length of time between December 22, 2021 and the present (the "Lions"), pursuant to the protocol set forth in Section 2 below. The inspection shall occur on a mutually agreeable date, but **no later than April 17, 2023**.

2. Plaintiffs will enter the Premises to observe, photograph, record, and videorecord the Lions, as follows:

    a. Except by mutual agreement, the inspection must occur during a time when CFAR would typically have staffing to conduct public tours.

    b. Plaintiffs' inspection team will consist of Plaintiff PETA's representative, experts—including a veterinarian and an expert in animal behavior, Plaintiffs' attorney, a videographer, and an unarmed security personnel.

    c. CFAR must provide the personnel necessary to ensure that Plaintiffs' representatives are provided complete access to the Lions and the Premises, and to direct or move the Lions or other animals as needed, to perform their inspections. An officer, director, or managing agent of CFAR <u>need not</u> be present.

    d. CFAR's attorney is permitted to be present during the inspection;

    e. During the inspection, Plaintiffs' team will directly observe and take photographs, video footage, and audio recordings of the Lions,

including, but not limited to: (1) observing the animals during interactions with staff or volunteers, without staff or volunteer interactions, and without staff or volunteers present within view of the Lions; (2) observing the Lions' physical conditions; (3) observing the Lions before, during, and after meal times, (4) observing the animals when they are shifted to off-exhibit areas, dens, or indoor enclosures; (5) observing the animals when their enclosures are being cleaned; and (6) collecting fecal and urine samples, if they can be collected without sedation.

f. Plaintiffs' inspection team will inspect, test, measure, observe, photograph, and/or take video footage of: (1) all areas in which the Lions are held, including but not limited to any holding, shift, den, indoor, or off exhibit areas, and any quarantine or medical holding areas; (2) any areas associated with the maintenance of any animal's pool(s); (3) samples of the water in any animal's pool(s); and (4) any facilities that are relevant to the maintenance and care of the animals, including but not limited to areas where food is stored and prepared, any medical facilities, and any places where other associated supplies such as enrichment, medicine, and equipment are kept.

g. If, given the feeding schedule of the Lions, Plaintiffs are not able to observe any Lion before or after meal times, Plaintiffs may return to complete the inspection for up to four hours on two subsequent dates.

h. Plaintiffs will share with CFAR the photographs, video recordings, and test results it obtains from its inspection of the Lions and the Premises.

**DONE** and **ORDERED** in Orlando, Florida on March 23, 2023.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE